JAMERSON C. ALLEN (SBN 132866)
Email: allenj@jacksonlewis.com
CARA CHING-SENAHA (SBN 209467)
Email: ching-senahac@jacksonlewis.com
CAROL J. MORGANSTERN (SBN 242089)
Email: morgansc@jacksonlewis.com
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401

Attorneys for Defendants
ARTEMIDE, INC. and THOMAS LACICERO
(erroneously sued as TOM LACICERO)

YOSEF PERETZ (SBN 209288)
Email: yperetz@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 202
San Francisco, CA 94111
Tel: (415) 732-3777
Fax: (415) 732-3791

Attorney for Plaintiff DANIELLE DEIBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DEIBERT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARTEMIDE, INC., TOM LACICERO and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09-1588 SBA<br><br>**JOINT STIPULATION EXTENDING TIME TO HOLD EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER** |

　　　　Plaintiff DANIELLE DEIBERT ("Deibert") and Defendants ARTEMIDE, INC. ("Artemide") and THOMAS LACICERO (erroneously sued as TOM LACICERO) ("LaCicero"), by and through their respective counsel, hereby jointly stipulate and request to extend the deadline to conduct the Early Neutral Evaluation ("ENE") session pursuant

to Local Rules for Alternative Dispute Resolution in the United States District Court for the Northern District of California, ADR L.R. 5-5, based on the good cause shown below:

1. On September 2, 2009, both parties attended the Initial Case Management Conference before Judge Armstrong who referred the case to Early Neutral Evaluation ("ENE"). The entry of order referring the case to ENE was issued the same day.

2. ADR L.R. 5-4(b) states "[u]nless otherwise ordered, the ENE session must be held within 90 days after the entry of the order referring to the case to ENE." ADR LR 5-4(b). Because the entry of order referring the case to ENE was issued on September 2, 2009, and no other date was set to conduct the ENE, the final date by which the parties must participate in an ENE is 90 days after September 2nd or December 1, 2009.

3. This Court has discretion to extend the date to conduct the ENE. Parties moving to extend the date to conduct an ENE must submit a motion or a stipulation to the Court outlining their request no later than 15 days before the session is to be held. ADR L.R. 5-5(a). Such motion must detail the considerations that support the request, indicate whether the other parties concur with the request, and set forth a new deadline to conduct the ENE. ADR L.R. 5-5(b).

4. On September 15, 2009, the Court notified the parties that Tia Welch Maerz, of San Francisco, was appointed to serve as the evaluator under the Court's ENE program. Neither party objects to Ms. Welch Maerz's appointment.

5. Defendant Artemide, Inc. is an Italian company with its principal place of business in Farmingdale, New York. Artemide intends to have two company representatives, both residents of New York State, personally attend the ENE session. There are no local company representatives who have the same or similar information on the case, or authority to bind the company.

6. Artemide will be represented by Jan Vingerhoets, Chief Executive Officer. Mr. Vingerhoets met with Plaintiff about her unsatisfactory job performance prior to her termination. His presence at the ENE is important because he will deny information

///

regarding Plaintiff's allegations of sexual harassment and provide information about Plaintiff's job performance.

7. The second Artemide representative will be Thomas Scimonelli, Vice President of Finance and Administration. Mr. Scimonelli's presence at the ENE is important because he has knowledge of Artemide policies and procedures as well as other key facts of the case.

8. Artemide requests a brief extension of time to hold the ENE because Mr. Vingerhoets is unavailable to travel to San Francisco prior to December 7, 2009 because his wife is expected to give birth on or about November 18, 2009. Prior to the birth, Mr. Vingerhoets is required to attend previously-scheduled business meetings in Italy in early November, and to oversee two large Artemide sales events also in November.

9. Lead counsel for Plaintiff, Yosef Peretz, requests a brief extension of time to hold the ENE because he is unavailable prior to November 2009 because his wife is having a baby due sometime in late October 2009. Mr. Peretz was unable to attend the ENE Pre-Session Telephone Conference to discuss scheduling of the ENE prior to October 7, 2009 because he was in trial on another matter.

10. Therefore, because Mr. Peretz is unable to attend the ENE prior to November 2009, and Mr. Vingerhoets is unavailable during the month of November, the ENE cannot take place prior to the ADR L.R. 5-4(b) deadline of December 1, 2009.

11. On October 10, 2009, counsel for all parties attended the ENE Pre-Session Telephone Conference pursuant to ADR L.R. 5-7 with Ms. Welch Maerz. All parties and the evaluator agreed the best date to conduct the ENE is December 10, 2009. All parties and the evaluator are available on that date.

12. Accordingly, Plaintiff and Defendants seek leave from this Court to extend the deadline by which the parties must participate in an ENE – from December 1 to December 10, 2009 - for the reasons stated herein.

///

///

1  NOW, THEREFORE, the parties stipulate and request in accordance with ADR
2  L.R. 5-5(a) that the Court grant the parties until Thursday, December 10, 2009, to
3  participate in the ENE.
4  IT IS SO STIPULATED, effective October __14__, 2009.

5
6  Dated: October 14, 2009    PERETZ & ASSOCIATES
7
8  By: _____
     Yosef Peretz, Esq.
9    Emily Berg, Esq.
     Attorneys for Plaintiff
10   DANIELLE DEIBERT

11
12 Dated: October ___, 2009    JACKSON LEWIS LLP
13
14 By: _____
     Jamerson C. Allen
15   Cara Ching-Senaha
     Carol J. Morganstern
16   Attorneys for Defendants
     ARTEMIDE, INC. and THOMAS
17   LACICERO

18
19                                **ORDER**
20  Good cause appearing, after consideration of the Stipulation to Extend Time to
21 Conduct the Early Neutral Evaluation submitted in accordance with ADR L.R. 5-5 *et seq.*,
22 the parties are hereby granted. The parties shall have until Thursday December 10, 2009,
23 to conduct their Early Neutral Evaluation.
24  IT IS SO ORDERED.

25
26 Dated: 10/16/09    _____
                     Saundra B. Armstrong
27                   United States Magistrate Judge
28

NOW, THEREFORE, the parties stipulate and request in accordance with ADR L.R. 5-5(a) that the Court grant the parties until Thursday, December 10, 2009, to participate in the ENE.

IT IS SO STIPULATED, effective October __12__, 2009.

Dated: October ___, 2009          PERETZ & ASSOCIATES

By: _____
    Yosef Peretz, Esq.
    Emily Berg, Esq.
    Attorneys for Plaintiff
    DANIELLE DEIBERT

Dated: October _12_, 2009          JACKSON LEWIS LLP

By: _____
    Jamerson C. Allen
    Cara Ching-Senaha
    Carol J. Morganstern
    Attorneys for Defendants
    ARTEMIDE, INC. and THOMAS LACICERO

## ORDER

Good cause appearing, after consideration of the Stipulation to Extend Time to Conduct the Early Neutral Evaluation submitted in accordance with ADR L.R. 5-5 *et seq.*, the parties are hereby granted. The parties shall have until Thursday December 10, 2009, to conduct their Early Neutral Evaluation.

IT IS SO ORDERED.

Dated: _____          _____
                                       Saundra B. Armstrong
                                       United States Magistrate Judge