UNITED STATES DISTRICT COURT<br>For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DEIBERT,<br>          Plaintiff,<br><br>    v.<br><br>ARTEMIDE, INC., et al.,<br>          Defendants.<br>_____/ | No. C09-1588 SBA ENE<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT ENE SESSION BY DEFENDANT THOMAS LACICERO**<br><br>Date:     December 10, 2009<br>Mediator: Tia Welch Maerz |

     IT IS HEREBY ORDERED that defendant Thomas LaCicero is excused from personally appearing at the December 10, 2009, ENE session before Tia Welch Maerz.  Mr. LaCicero shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

     IT IS SO ORDERED.

October 23, 2009

By: *Elizabeth D. Laporte*

Dated

                    Elizabeth D. Laporte<br>              United States Magistrate Judge

10-09