IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DEIBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>ARTEMIDE, INC.; TOM LACICERO;<br>and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CV 09-1588 SBA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

    Based upon Plaintiff DANIELLE DEIBERT's Notice of Settlement and Request for Dismissal, it is ORDERED that this case is DISMISSED with prejudice.

DATED: __5/3/10_____

                                                          *Saundra B. Armstrong*
                                                          Hon. Saundra B. Armstrong
                                                          United States District Judge